# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JUST BORN, INC., | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| LOCAL UNION 6, BAKERY | : | |
| CONFECTIONARY TOBACCO | : | |
| WORKERS & GRAIN MILLERS | : | No. 02-2626 |
| INTERNATIONAL UNION OF | : | |
| AMERICA, | : | |
| Defendant. | : | |

## SCHEDULING ORDER

**AND NOW**, this      day of **September**, **2002** following a Rule 16 conference on **September 20, 2002** with counsel for the parties, and pursuant to Federal Rule of Civil Procedure 16 and Local Rule of Civil Procedure 16.1(b), it is hereby **ORDERED** that:

1.    Cross motions for summary judgment shall be filed by **November 8, 2002**.

2.    Responses to motions for summary judgment shall be filed by **November 22, 2002**.

BY THE COURT:

---

**Berle M. Schiller, J.**