IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JUST BORN, INC. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| LOCAL UNION 6, BAKERY CONFECTIONERY TOBACCO WORKERS, ET AL. | : : : | NO. 02-CV-2626 |

ORDER

AND NOW, this _____ day of November, 2002, it is hereby **ORDERED** that **oral argument** is scheduled before the Honorable Berle M. Schiller for **Thursday, December 5, 2002 at 1:30 P.M.** in **Courtroom 5C**. Counsel shall address the parties' cross motions for summary judgment.

BY THE COURT:

_____
Berle M. Schiller, J.